UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:24-cv-00483-JA-LHP

HOWARD COHAN,

    Plaintiff,

vs.

HIT PORTFOLIO II TRS, LLC
a Foreign Limited Liability Company
d/b/a HOMEWOOD SUITES BY
HILTON ORLANDO INTERNATIONAL
DRIVE

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against Defendant, HIT PORTFOLIO II TRS, LLC, a Foreign Limited Liability Company, d/b/a HOMEWOOD SUITES BY HILTON ORLANDO INTERNATIONAL DRIVE.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

By: **/s/ Gregory S. Sconzo**
GREGORY S. SCONZO, ESQUIRE
Florida Bar No.: 0105553
**Primary Email:** greg@sconzolawoffice.com
**Secondary Email:** perri@sconzolawoffice.com
**Sconzo Law Office, P.A.**
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459